UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -

KENNETH THOM,

                Defendant.
------------------------------------------------------------------------X

No. 25 Civ. 6909 (JPC)

ORDER

        WHEREAS, on September 19, 2025, the Government moved to intervene and for a full stay of the above-captioned case, in light of the pendency of the parallel criminal case *United States v. Kenneth Thom*, 25 Cr. 360 (ER) (the "Criminal Case"), in which an Indictment has been filed; and

        WHEREAS, defendant Kenneth Thom consents to the requested stay;

        WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a stay; and

        WHEREAS, the Court finds that a stay of this action is in furtherance of the public interest and will not prejudice any party; it is hereby

        **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

        **ORDERED** that proceedings in this action are stayed in their entirety pending the conclusion of the Criminal Case, but without prejudice to any party's right to make a subsequent application to lift the stay and resume proceedings based on changed circumstances.  For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions, interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties'

obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety.

SO ORDERED:

_[signature]_  September 22, 2025

HONORABLE JOHN P. CRONAN   DATE
UNITED STATES DISTRICT JUDGE

The parties are hereby ordered to file a joint letter every ninety days, apprising the Court of the status of the proceedings in *United States v. Kenneth Thom*, 25 Cr. 360, until the stay of this matter is lifted, with the first status letter due on December 22, 2025.  The Clerk of Court is respectfully directed to close the motion at Docket Number 8.