UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

December 22, 2025

*Via ECF*
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Thom,* 25-cv-6909 (JPC) (S.D.N.Y.)

Dear Judge Cronan:

Plaintiff Securities and Exchange Commission ("SEC"), together with Defendant Kenneth Thom ("Thom"), pro se, and intervener United States, respectfully submit this joint letter to update the Court on the status of proceedings in the parallel criminal action, *United States v. Kenneth Thom*, 25-cr-360 (ER) (the "Criminal Action"), as directed in the Court's September 22, 2025 Order (Dkt. 10).

The SEC filed its Complaint in this case on August 21, 2025 (Dkt. 1). On September 17, 2025, the SEC filed a waiver of service signed by Defendant (Dkt. 6). On September 19, 2025, the Government moved to intervene and stay this action pending conclusion of the Criminal Action (Dkts. 8-9). On September 22, 2025, the Court granted the stay (Dkt. 10). Accordingly, this case is stayed pending conclusion of the Criminal Case. (*Id.*)

In light of the stay, no discovery has taken place in this case, and there are no Court-ordered discovery deadlines. Likewise, no motions are currently pending.

In the Criminal Action, Thom was charged with securities fraud and investment adviser fraud. *See* 25-cr-360, Dkt. 2. The Criminal Action is pending before the Honorable Edgardo Ramos. A status conference in the Criminal Action was originally scheduled for December 4, 2025, but was adjourned to February 10, 2026 to provide additional time for the production and review of discovery and for the parties to engage in discussions to determine if the Criminal Action can be resolved short of pretrial litigation and trial. *See id.,* Dkts. 14, 16.

Respectfully submitted,

Securities and Exchange Commission

By: */s/ Paul G. Gizzi*

Paul G. Gizzi
Senior Trial Counsel

United States of America

By: */s/ Alexander Li*

Alexander Li
Assistant United States Attorney

Defendant Kenneth Thom, pro se

By: */s/ Kenneth Thom*