UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

March 23, 2026

*Via ECF*
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Thom,* 25-cv-6909 (JPC) (S.D.N.Y.)

Dear Judge Cronan:

Plaintiff Securities and Exchange Commission ("SEC"), together with Defendant Kenneth Thom ("Thom"), pro se, and intervener United States, respectfully submit this joint letter to update the Court on the status of proceedings in the parallel criminal action, *United States v. Kenneth Thom*, 25-cr-360 (ER) (the "Criminal Action"), as directed in the Court's September 22, 2025 Order (Dkt. 10).

The SEC filed its Complaint in this case on August 21, 2025 (Dkt. 1). On September 17, 2025, the SEC filed a waiver of service signed by Defendant (Dkt. 6). On September 19, 2025, the Government moved to intervene and stay this action pending conclusion of the Criminal Action (Dkts. 8-9). On September 22, 2025, the Court granted the stay (Dkt. 10). Accordingly, this case is stayed pending conclusion of the Criminal Action. (*Id.*)

In light of the stay, no discovery has taken place in this case, and there are no Court-ordered discovery deadlines. Likewise, no motions are currently pending.

In the Criminal Action, Thom was charged with securities fraud and investment adviser fraud. *See* 25-cr-360, Dkt. 2. The Criminal Action is pending before the Honorable Edgardo Ramos. A status conference in the Criminal Action was held on March 19, 2026, at which time Thom withdrew the previously entered not guilty plea and entered a guilty plea, pursuant to a plea agreement, to the investment adviser fraud charge. *See* Criminal Action Minute Entry (Mar. 19, 2026). Sentencing in the Criminal Action has been scheduled for June 25, 2026. *See id.* The parties expect to confer about potential resolution of this action in light of the developments in the Criminal Action.

Respectfully submitted,

Securities and Exchange Commission

By: */s/ Paul G. Gizzi*

Paul G. Gizzi
Senior Trial Counsel

United States of America

By: */s/ Alexander Li*

Alexander Li
Assistant United States Attorney

Defendant Kenneth Thom, pro se

By: */s/ Kenneth Thom*