UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

September 14, 2026

*Via ECF*
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Thom,* 25-cv-6909 (JPC) (S.D.N.Y.)

Dear Judge Cronan:

Plaintiff Securities and Exchange Commission ("SEC"), together with Defendant Kenneth Thom ("Thom"), pro se, and intervener United States, respectfully submit this joint status letter, as directed in the Court's June 16, 2026, Order ("June 16 Order") included on the partial consent judgment entered as to Thom on that date (Dkt. 14).

By way of background, the SEC filed its Complaint in this action on August 21, 2025 (Dkt. 1). On the same day, an indictment as to Thom was unsealed in the parallel criminal action, *United States v. Kenneth Thom*, 25-cr-360 (ER) (the "Criminal Action"). On September 19, 2025, the Government moved to intervene and stay this action pending conclusion of the Criminal Action (Dkts. 8-9), and on September 22, 2025, the Court granted the stay (Dkt. 10). Subsequently, the SEC and Thom agreed to a partial, bifurcated resolution of this action, and on June 16, 2026, the Court entered the partial judgment as to Thom (Dkt. 14). The partial judgment ordered injunctive relief, and provided that monetary relief would be resolved on motion by the SEC, or through further settlement. *Id.*

On August 25, 2026, a Judgment in a Criminal Case was entered as to Thom in the Criminal Action (Dkt. 38). Thom was sentenced to twenty-four months imprisonment, and ordered to pay forfeiture and restitution in the amount of $724,756.

Now that the Criminal Action has concluded, the SEC and Thom will confer about a resolution of the outstanding monetary relief that the SEC is seeking. The parties will provide a further joint status update within 90 days, or sooner if the SEC and Thom are able to resolve the outstanding monetary relief before then.

Respectfully submitted,

Securities and Exchange Commission
By: */s/ Paul G. Gizzi*
Paul G. Gizzi
Senior Trial Counsel

United States of America
By: */s/ Alexander Li*
Alexander Li
Assistant United States Attorney

Defendant Kenneth Thom, pro se
By: */s/ Kenneth Thom*